Georgia Richman, appellee, v. Chicago Rapid Transit Company, appellant. Gen. No. 35,386.

 Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932. Rehearing denied March 29, 1932.

Gardner, Foote, Burns & Morrow, for appellant; Walter M. Fowler and William G. Wood, of counsel. Philip Rosenthal, for appellee; John B. King, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Smith Brothers, Inc., appellee, v. Thompson Ice Cream Company and Kahn Bros. Hay & Grain Company, appellants. Gen. No. 35,469.

Heard in the third division of this court for the first district at the October term, 1931. Opinion filed March 16, 1932.

John Clark Baker, for appellants; William G. Shane, of counsel. Isador Becker and Albert B. Fritzshal, for appellee; Albert B. Fritzshal, of counsel.

Mr. Justice Friend delivered the opinion of the court.

Chicago Title and Trust Company, appellee, v. Bernice Rothenberg et al., defendants, on appeal of Isadore Laskin, sued under the name and description of "Unknown Owners," appellant. Gen. No. 35,825.

 Heard in the third division of this court for the first district. Opinion filed March 16, 1932.

Maurice L. Davis, for appellant. Litsinger, Healy, Reid & Bye, for appellee.

Mr. Justice Friend delivered the opinion of the court.

Joe Gerstein, appellee, v. George Milonas et al., defendants, on appeal of Anna Riha, appellant. Gen. No. 35,859.

 Heard in the third division of this court for the first district. Dismissed. Opinion filed March 16, 1932. Rehearing denied March 29, 1932.

Daniel L. Madden, for appellant. No appearance for appellee.

Mr. Justice Friend delivered the opinion of the court.